Argued April 24, affirmed April 24, 1973

STATE OF OREGON, *Respondent, v.*
CHRISTOPHER DEAN WARDIUS
(No. 13-583), *Appellant.*

508 P2d 818

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.